(June 18, 1976.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MITCHELL, Respondent, v JOHN J. McNULTY, as Sheriff and Superintendent of the Albany County Jail, Appellant.—Appeal from a judgment of the Supreme Court at Special Term, entered June 4, 1976 in Albany County, which sustained a writ of habeas corpus and reduced the amount of petitioner's bail fixed by the County Court from $100,000 to $35,000. On the record of

this case, habeas corpus relief was appropriate *(People ex rel. Klein v Krueger,* 25 NY2d 497; *People ex rel. Lobell v McDonnell,* 296 NY 109; *People ex rel. Zinzow v Harkness,* 48 AD2d 746). The judgment of Special Term must be affirmed, as there is a constitutionally rational basis for its determination *(People ex rel. Cooke v McNulty,* 48 AD2d 586; *People ex rel. Goines v Howard,* 41 AD2d 683). Judgment affirmed, without costs. Koreman, P. J., Sweeney, Kane, Mahoney and Larkin, JJ., concur.